UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In Re:  
RICHARD E BANKHEAD  
50 LEE RD 287  
SMITHS STATION, AL 36877

Case No.17-80844-WRS  
Chapter 13

Debtor

---

## Order Releasing Wages

---

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

    O'REILLY AUTO PARTS  
    ATTN PAYROLL  
    P O BOX 1156  
    SPRINGFIELD, MO  65801

The above employer is authorized to pay all future wages to the debtor.

Done this Friday, December 28, 2018.

                                */s/ William R. Sawyer*  
                                William R. Sawyer  
                                United States Bankruptcy Judge

**CC:** RICHARD E BANKHEAD